IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| JACOB COLE KOSKY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CV 122-159 |
| | ) |
| WARDEN EDWARD PHILBIN and | ) |
| AUGUSTA STATE MEDICAL PRISON, | ) |
| | ) |
| Respondents. | ) |

**O R D E R**

Petitioner's writ of habeas corpus challenges his conviction in the Superior Court of Henry County, Georgia, which is located in the Northern District of Georgia. It is the practice of this Court to transfer an action attacking a conviction to the District in which the original criminal proceedings were conducted. See 28 U.S.C. § 2241(d). Therefore, the Court **ORDERS** the transfer of this action to the United States District Court for the Northern District of Georgia, Atlanta Division. The Court **DIRECTS** the Clerk to forward the file to that District.

SO ORDERED this 6th day of January, 2023, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA